# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: BRIAN P. PRINNER                              §        Case No. 13-82292
      ROBIN R. PRINNER!!!!CONV ONLY§!!!!
                                    §
           Debtor(s)                              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 06/26/2013.

2) The plan was confirmed on 12/06/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 02/05/2016, 12/16/2016.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/16/2013, 11/02/2015, 12/01/2015, 09/30/2016, 10/03/2016, 02/03/2017, 04/03/2017, 05/19/2017.

5) The case was converted on 04/18/2017.

6) Number of months from filing or conversion to last payment: 40.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,400.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 9,422.38 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 9,397.38 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,387.43 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 598.91 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,986.34 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,387.43 | 0.00 |
| JPMORGAN CHASE BANK NA | Sec | 7,350.00 | 11,862.29 | 11,000.00 | 3,408.12 | 1,902.92 |
| JPMORGAN CHASE BANK NA | Uns | 3,990.00 | 0.00 | 862.29 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS INC | Sec | 100.00 | 100.00 | 100.00 | 100.00 | 0.00 |
| ILLINOIS TITLE LOANS INC | Uns | 1,860.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 38.00 | 220.00 | 220.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 220.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARM SOLUTIONS | Uns | 68.29 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 205.09 | 440.60 | 0.00 | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Uns | 905.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT INC | Uns | 23.60 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 205.60 | NA | NA | 0.00 | 0.00 |
| BLUE MEDICARE RX | Uns | 70.50 | NA | NA | 0.00 | 0.00 |
| CONSTELLATION | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 155.93 | 910.60 | 910.60 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 413.47 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 432.59 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 321.94 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SERVICE | Uns | 781.80 | NA | NA | 0.00 | 0.00 |
| DENTAL DREAMS | Uns | 144.50 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 1,122.71 | NA | NA | 0.00 | 0.00 |
| FOREST CITY DIAGNOSTIC | Uns | 205.60 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE | Uns | 77.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Uns | 368.91 | NA | NA | 0.00 | 0.00 |
| GLENWOOD CENTER | Uns | 151.92 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Uns | 249.00 | NA | NA | 0.00 | 0.00 |
| IL STUDENT ASSISTANCE | Uns | 9,406.51 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PATHOLOGISTS SERVICES | Uns | 2.70 | NA | NA | 0.00 | 0.00 |
| KURTS SERVICE CENTER | Uns | 808.63 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF CHARLES | Uns | 2,660.00 | NA | NA | 0.00 | 0.00 |
| MARC OVADIA MD | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 3,583.08 | NA | NA | 0.00 | 0.00 |
| MEDICAL - DENTAL - HOSPITAL | Uns | 211.77 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 183.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,943.51 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 59.66 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 32.80 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| NEW VISION OF ILLINOIS | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| NEXTCARD CUSTOMER SERVICE | Uns | 959.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 423.13 | 450.17 | 450.17 | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 798.42 | NA | NA | 0.00 | 0.00 |
| PARK RIDGE ANESTHESIOLOGY | Uns | 137.80 | NA | NA | 0.00 | 0.00 |
| PAYPAL INC | Uns | 557.58 | 809.48 | 809.48 | 0.00 | 0.00 |
| RGS COLLECTIONS | Uns | 408.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD AMBULATORY | Uns | 5,234.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 595.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 22,777.21 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 103.07 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 30.30 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE LOAN SERVICING | Uns | 8,743.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 1,761.09 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 229.38 | 229.38 | 229.38 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNIVERSITY OF WI HOSPITAL & | Uns | 2,392.72 | 1,369.37 | 1,369.37 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 174.94 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 19,130.24 | 19,130.25 | 19,130.25 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,438.22 | 735.14 | 735.14 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 209.21 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 540.37 | 552.10 | 552.10 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 1,967.49 | 33.74 | 33.74 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 951.00 | 933.28 | 933.28 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 0.00 | 112.79 | 112.79 | 0.00 | 0.00 |
| UW MED FOUNDATION dba UW | Uns | 0.00 | 428.73 | 428.73 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 0.00 | 150.07 | 150.07 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 0.00 | 307.70 | 307.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 557.58 | 557.58 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,100.00 | $ 3,508.12 | $ 1,902.92 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,100.00 | $ 3,508.12 | $ 1,902.92 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 220.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 220.00 | $ 0.00 | $ 0.00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | $ 27,572.67 | $ 0.00 | $ 0.00 |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 3,986.34 | |
| Disbursements to Creditors | $ 5,411.04 | |
|  |  |  |
| **TOTAL DISBURSEMENTS:** | | $ 9,397.38 |

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  05/12/2017            By:  /s/ Lydia S. Meyer
                                       Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)